USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HERVAN HENRY                                                   :
                                    Plaintiff,                 :
                                                               :
            -against-                                          :      19-CV-8117 (VEC)
                                                               :
                                                               :      ORDER
DAVID Z. SHOE CATALOGUE INC.,                                  :
                                                               :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on August 30, 2019, *see* Dkt. 1;

    WHEREAS on October 4, 2019, Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendant, *see* Dkt. 6;

    WHEREAS Defendant has failed to appear, answer, or otherwise respond to the Complaint by the September 30, 2019 deadline, *see* Fed. R. Civ. P. 12(a)(1)

    IT IS ORDERED that Plaintiff must apply for a certificate of default against Defendant no later than **December 6, 2019**. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

_____
Date: November 26, 2019                     **VALERIE CAPRONI**
      New York, NY                          **United States District Judge**