**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**      Tel: 718-740-1000
Email: abdul@abdulhassan.com      Fax: 718-740-2000
*Employment and Labor Lawyer*      Web: www.abdulhassan.com

**December 20, 2019**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

         Re: <u>Henry v. David Z. Shoe Catalogue Inc.</u>
         **Case #: 19-CV-08117 (VEC)(SN)**
         **Request for Entry of Default**

Dear Judge Caproni:

     My firm represents plaintiff Hervan Henry ("Plaintiff"), in the above-referenced action and I respectfully write to request a 45-day extension of the December 23, 2019 deadline for Plaintiff to file a motion for a default judgment. This request is being made because the additional time is needed to further confer with Plaintiff, to make another attempt at resolution with Defendant and because of Plaintiff's counsel work schedule.

     We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Hervan Henry*

Application GRANTED. The deadline for Plaintiff to apply for a default judgment is extended to **February 6, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*
12/23/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1