**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

February 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

> Re: <u>Henry v. David Z. Shoe Catalogue Inc.</u>
> Case #: 19-CV-08117 (VEC)(SN)
> Motion for Extension of Time

Dear Judge Caproni:

    My firm represents plaintiff Hervan Henry ("Plaintiff"), in the above-referenced action and I respectfully write to request a brief one-week extension of the February 6, 2020 deadline for Plaintiff to file a motion for a default judgment. This request is being made because the additional time is needed to further confer with Plaintiff further concerning the state of Defendant's business and the best approach going forward. We do not anticipate any further extension request.

    We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Hervan Henry*

---

Application GRANTED. The deadline for Plaintiff to apply for a default judgment is extended to **February 13, 2020**. No further extensions will be granted.

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI  2/6/2020
UNITED STATES DISTRICT JUDGE

1