USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HERVAN HENRY,  :
                                    :
                           Plaintiff,  :
                                    :
               -against-  :     19-CV-8117 (VEC)
                                    :
                                    :     ORDER
DAVID Z. SHOE CATALOGUE INC.,  :
                                    :
                        Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing in this matter is scheduled for **March 20, 2020 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 outbreak, the conference scheduled for March 13, 2020 is adjourned to **April 17, 2020 at 10:00 a.m.**

2. Plaintiff is directed to mail a copy of this adjournment order to the Defendant and post proof of mailing on ECF.

**SO ORDERED.**

**Date: March 13, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**