USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
HERVAN HENRY,

                Plaintiff,

     -against-                             19-CV-8117 (VEC)

                                                ORDER

DAVID Z. SHOE CATALOGUE INC.,

                Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing in this matter is scheduled for **April 17, 2020 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 outbreak, the conference scheduled for April 17, 2020 is adjourned to **June 19, 2020 at 10:00 a.m.**

2. Plaintiff is directed to mail a copy of this adjournment order with the previously issued Order to Show Cause to the Defendants and post proof of mailing on ECF by **April 13, 2020**.

3. Defendant's response, if any, to the Order to Show Cause is due by **June 11, 2020**.

**SO ORDERED.**

**Date: April 9, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**