USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hervan Henry,<br><br>                    Plaintiff,<br>-v-<br><br>David Z. Shoe Catalogue Inc.,<br><br>                    Defendant. | Civil Action #: 19-CV-008117 (VEC)(SN)<br><br>**DEFAULT JUDGMENT AND ORDER**<br><del>(Proposed)</del> |

This matter having been commenced by Plaintiff against defendant David Z. Shoe Catalogue Inc. on August 30, 2019 (ECF No. 1), the Court finds as follows:

1. The summons and complaint were duly served on defendant David Z. Shoe Catalogue Inc. ("Defendant") through the New York Secretary of State on September 9, 2019 and proof of service was filed on October 4, 2019. (See ECF No. 6)

2. Defendant was required to answer or otherwise move by September 30, 2019.

3. To date Defendant, has not served or filed an answer to the complaint or filed a notice of appearance in this case.

4. On December 6, 2019 Plaintiff filed a Request to the Clerk of the Court for a Certificate of Default against Defendant. (ECF No. 8).

5. The Clerk of this Court acknowledged and entered Defendant's default on December 9, 2019. (ECF No. 9).

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendant and in favor of Plaintiff:

i. For total damages in the amount of $32,860.

Dated:  July 10         , 2020
        New York, NY

_____
Hon. Valerie E. Caproni, USDJ
United States District Judge

1